Illinois Standard Manufacturing Company, appellee, v. Ernest Reich and Henry Blech, appellants. Gen. No. 34,476.

Heard in the first division of this court for the first district at the June term, 1930. Opinion filed June 18, 1930.

Louis Greenberg and Herman Herson, for appellants. Frank H. T. Potter and Haight, Adcock & Banning, for appellee; Charles E. Lewis, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Chicago Title & Trust Company, complainant, v. Tower Building Corporation et al., defendants.

Holman D. Pettibone, Receiver, appellee, v. James H. Hooper, appellant. Gen. No. 34,352.

Heard in the third division of this court for the first district at the June term, 1930. Opinion filed June 25, 1930.

A. G. Dicus, for appellant. Edward Blackman, for appellee.

Mr. Justice Wilson delivered the opinion of the court.